FILED

02/08/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0692

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0692

FILED

FEB 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

JUAN ANASTASIO RODRIGUEZ,

Petitioner,

v.

ORDER

JAMES SALMONSEN, Warden,
Montana State Prison,

Respondent.

Juan Anastasio Rodriguez petitions this Court for rehearing of a December 20, 2022 Order where we denied and dismissed his petition for habeas corpus relief because he was time-barred and procedurally barred to raise his issues.

Rodriguez contends that this Court overlooked a fact material to the decision, pursuant to M. R. App. P. 20(1)(a)(i) and (ii). He argues that he has an illegal sentence, referencing *Lott v. State*, 2006 MT 279, 334 Mont. 270, 150 P.3d 337. Rodriguez puts forth that he was challenging his six-year deferred imposition of sentence and the restitution imposed in October 2010.

This Court did not overlook any material facts. This Court stated that Rodriguez did not appeal his six-year deferred sentence, imposed in 2010, and that the sentence was replaced with a sentence of revocation in April 2015. Rodriguez cannot challenge a sentence that does not exist, and he provides no legal authority to surmount that barrier. We explained previously:

> Rodriguez brings his claims too late to this Court and through the wrong remedy of habeas corpus. Any challenge to the court's imposition of restitution should have been raised in a direct appeal. Any claim about ineffective assistance of trial counsel should have been raised in a timely petition for postconviction relief in the sentencing court.

*Rodriguez v. Salmonsen*, No. OP 22-0692, Order, at 2 (Mont. Dec. 20, 2022). Rodriguez is precluded from arguing these claims now.

Rodriguez is not entitled to rehearing. M. R. App. P. 20(1)(d). Therefore,

IT IS ORDERED that Rodriguez's Petition for Rehearing is DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Juan Anastasio Rodriguez.

DATED this 7th day of January, 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices